

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-01114-CV

Style:      Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc., and

The Jen Marie Rau Life Insurance Trust

v. Briar Capital, LP

Date motion filed*:      June 13, 2016

Type of motion:      Third Motion for Extension of Time to File Appellants' Brief

Party filing motion:      Appellants Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc., and

The Jen Marie Rau Life Insurance Trust

Document to be filed:      Appellants' Brief

If motion to extend time:

      Original due date:      March 14, 2016

      Number of previous extensions granted:      2      Current Due date: June 13, 2016

      Date Requested:      June 23, 2016

Ordered that motion is:

      ☑      Granted

      If document is to be filed, document due:  **June 23, 2016**

            ☑      **The Court will not grant additional motions to extend time.**

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

Appellants' brief initially was due to be filed on March 14, 2016. On March 15, the Court granted the parties' joint motion for extension and extended the time to file the briefs to May 13. That day, the Court granted the parties' joint motion for extension and extended the time to file appellants' brief to June 13, with no further, extensions. Nevertheless, on June 13, appellants filed a third motion, seeking an extension to June 23, 101 days beyond the initial due date. The motion is **granted**.

**Appellants' brief is due to be filed no later than THURSDAY, JUNE 23, 2016. No further extensions will be granted.**

Judge's signature:  /s/ Terry Jennings
      ☑ Acting individually      ☐ Acting for the Court

Date:  June 16, 2016